427 A.2d 1234

Walker v. Walker, Appellant.

Argued November 13, 1979. James Shilliday, for appellant;  Robert Raphael, for appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Order affirmed.

CERCONE, P. J., concurred in the result.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.